UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CR221-0036

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. _____ |
| | ) | |
| v. | ) | 18 U.S.C. § 2422(b) |
| | ) | Coercion and Enticement of a |
| CYRIL EVERSLEY | ) | Minor to Engage in Sexual |
| | ) | Activity |
| | ) | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Coercion and Enticement of a Minor to Engage in Sexual Activity*
18 U.S.C. § 2422(b)

Beginning at a time unknown to the grand jury, but at least from in or around June 2019 and continuing through on or about October 14, 2019, in Glynn County within the Southern District of Georgia, and elsewhere, the defendant,

**CYRIL EVERSLEY,**

using facilities of interstate and foreign commerce, that is, a cellular telephone, the internet, and a social media application, did knowingly persuade, induce, entice and coerce John Doe #1, a person whom had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with an offense under the laws of the state of Georgia, that is, the offense conduct described in violation of Ga. Code Ann. 16-6-22.

All in violation of Title 18 United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby realleged and incorporated by reference for purposes of alleging forfeitures pursuant to Title 18, United States Code, Section 2428, and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One, which involve a violation of Title 18, United States Code, Section 2422, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all right, title and interest in (1) any property, real or personal, used or intended to be used to commit or facilitate the commission of the offense(s); and (2) any property, real or personal, constituting or derived from, and proceeds obtained, directly or indirectly, as a result of the offense(s). If any of the above-described forfeitable property, as a result of any act or omission of the defendant -

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2428(b)(2) and Title 28, United States Code, Section 2461.

A True Bill.

_____
David H. Estes
Acting United States Attorney

_____
Karl I. Knoche
Assistant United States Attorney
Criminal Division Chief

_____
Tania D. Groover*
Assistant United States Attorney
*Denotes Lead Counsel